MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
MICHAEL S. McDONOUGH (SBN 193684)
michael.mcdonough@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant
CERTAINTEED LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, PROTECT OUR WATER,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED LLC,<br><br>Defendant. | Case No. 1:20-cv-01064-NONE-SKO<br><br>**FURTHER JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND OTHER DEADLINES**<br><br>(Doc. 22)<br><br>Complaint Filed: July 31, 2020 |

1  WHEREAS, Plaintiffs Association of Irritated Residents, San Joaquin Raptor/Wildlife Rescue Center, Central Valley Safe Environment Network, and Protect Our Water ("Plaintiffs"), and Defendant CertainTeed LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to continue Discovery Deadlines, Non-Dispositive Motion Deadlines, Dispositive Motion Deadlines, and the Date of the Pre-Trial Conference as provided herein.

WHEREAS, on July 27, 2021, this Court issued a Scheduling Order (Dkt. 17) modifying discovery deadlines and other deadlines as follows:

  a. Discovery Deadlines
      i. Non-Expert Discovery: November 18, 2021
      ii. Expert Disclosures: February 4, 2022
      iii. Rebuttal Expert Disclosures: March 4, 2022
      iv. Expert Discovery: April 14, 2022
  b. Non-Dispositive Motion Deadlines
      i. Filing: May 26, 2022
      ii. Hearing: June 28, 2022
  c. Dispositive Motion Filing Deadline:
      i. Filing: May 26, 2022
  d. Deadline to Propose Settlement Conference Dates:
      i. August 6, 2021
  e. Pre-Trial Conference:
      i. September 26, 2022, at 8:15 a.m.

WHEREAS, on October 8, 2021, this Court issued an Order setting the Settlement Conference on February 3, 2022 (Dkt. 21);

WHEREAS, the Parties are engaged in diligent and good-faith settlement discussions and have made significant progress in settling this matter, such that the Parties foresee settlement taking place far before the February 3, 2022 Settlement

1  Conference before the Court;

2      WHEREAS, the Parties attempted to secure an earlier Settlement Conference
3  date with this Court, anticipating that settlement in this matter is likely in the near
4  term, but the earliest available date on the Court's calendar was February 3, 2022;

5      WHEREAS, this Further Joint Stipulation to Continue Discovery Deadlines and
6  Other Deadlines is only the Parties' second request to extend such deadlines;

7      WHEREAS, the Parties agree that they will not be prejudiced by this short
8  extension of deadlines;

9      WHEREAS, no trial date has been set in this matter;

10     WHEREAS, a Further Continuance of Discovery Deadlines and Other
11 Deadlines will allow the Parties' ongoing settlement discussions to proceed without
12 additional discovery costs.

13     NOW THEREFORE the Parties hereby stipulate, subject to the Court's
14 approval, as follows:

15 1. In order to allow more time for the Parties to continue settlement discussions, to
16    complete discovery, and to save financial and judicial resources, the Parties
17    hereby request the Court's approval for a 90-day further continuance of the
18    Parties' Discovery Deadlines for each of the deadlines for Non-Expert
19    Discovery, Expert Disclosures, Rebuttal Expert Disclosures, and Expert
20    Discovery, such that the Discovery Deadlines and Other Deadlines would be
21    extended as follows:

22     a. Discovery Deadlines
23        i. Non-Expert Discovery: March 18, 2022
24       ii. Expert Disclosures: May 2, 2022
25       iii. Rebuttal Expert Disclosures: June 3, 2022
26       iv. Expert Discovery: July 8, 2022
27     b. Non-Dispositive Motion Deadlines
28        i. Filing: August 22, 2022

1             ii.  Hearing: September 28, 2022
2         c.  Dispositive Motion Filing Deadline:
3             i.  August 22, 2022
4         d.  Pre-Trial Conference:
5             i.  December 19, 2022, at 8:15 a.m., or any such date the Court deems appropriate
6 
7    2.  There is a good cause for entry of this Joint Further Stipulation to Continue Discovery Deadlines and Other Deadlines.
8 
9    3.  The Parties do not seek a continuance of the February 3, 2022 Settlement Conference (Dkt. 21).
10 
11   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   October 20, 2021          PILLSBURY WINTHROP SHAW
                                    PITTMAN LLP
                                    MARK E. ELLIOTT
                                    MICHAEL S. MCDONOUGH

                                   By:  */s/ Mark E. Elliott*
                                               Mark E. Elliott

                                   *Attorneys for Defendant*
                                   CERTAINTEED LLC


Dated:   October 20, 2021          AQUA TERRA AERIS LAW GROUP

                                   By:  */s/ Erica A. Maharg*
                                              Erica A. Maharg

                                   *Attorneys for Plaintiffs*
                                   ASSOCIATION OF IRRITATED
                                   RESIDENTS, SAN JOAQUIN
                                   RAPTOR/WILDLIFE RESCUE
                                   CENTER, CENTRAL VALLEY
                                   SAFE ENVIRONMENT
                                   NETWORK, PROTECT OUR
                                   WATER

# **ORDER**

Pursuant to the parties' above stipulation (Doc. 22), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Docs. 12, 17) is MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | November 18, 2021 | March 18, 2022 |
| Expert Disclosures | February 4, 2022 | May 2, 2022 |
| Rebuttal Expert Disclosures | March 4, 2022 | June 3, 2022 |
| Expert Discovery | April 14, 2022 | July 8, 2022 |
| Non-Dispositive Motion Filing | May 26, 2022 | August 22, 2022 |
| Non-Dispositive Motion Hearing | June 28, 2022 | September 28, 2022 |
| Dispositive Motion Filing | May 26, 2022 | August 22, 2022 |
| Pretrial Conference | September 26, 2022 | January 4, 2023, at 8:15 a.m. |

The Settlement Conference, currently set for February 3, 2022 (*see* Doc. 20), and all associated dates and deadlines shall remain as set.

IT IS SO ORDERED.

Dated:  **October 21, 2021**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE