MATTHEW C. MACLEAR (SBN 209228)
mcm@atalawgroup.com
ERICA A. MAHARG (SBN 279396)
eam@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Way
Oakland, CA 94609
Telephone: (510) 473-8793

*Attorneys for Plaintiffs* ASSOCIATION OF IRRITATED RESIDENTS
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER
CENTRAL VALLEY SAFE ENVIRONMENT NETWORK
PROTECT OUR WATER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, a non-profit association, SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, a non-profit association, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAINTEED LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Case No. 1:20-cv-01064-JLT-SKO<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE, pursuant to Local Rule 160, Plaintiffs Association of Irritated Residents, San Joaquin Raptor/Wildlife Rescue Center, Central Valley Safe Environment Network, and Protect Our Water (collectively, "Plaintiffs") notify the Court that the Parties have entered into a tentative settlement in this matter. During the settlement conference before Magistrate Judge Oberto on February 3, 2022, the Parties agreed on the material terms of settlement, which were stated on the record. The Parties will resolve the remaining issues and file dismissal documents by February 24, 2022.

                                              Respectfully submitted,

Dated: February 7, 2022                     AQUA TERRA AERIS LAW GROUP

                                              /s/ Erica A. Maharg
                                              Erica A. Maharg
                                              Attorneys for Plaintiffs