UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, et al. , <br><br> Plaintiff, <br><br> v. <br><br> CERTAINTEED LLC, <br><br> Defendant. | Case No.  1:20-cv-01064-JLT-SKO <br><br> ORDER DISMISSING CASE WITH PREJUDICE <br><br> (Doc. No. 36) |

This case has resolved by way of a Settlement Agreement, and all parties have stipulated to dismissal of all claims in the complaint with prejudice.  (Doc. 36 & Ex. A.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is therefore DISMISSED WITH PREJUDICE.

This Court shall retain jurisdiction over the parties for the sole purpose of enforcing compliance with the terms of the Settlement Agreement, attached as Attachment A to the Parties' Stipulation to Dismiss the Action with Prejudice.

The Clerk of Court is directed to CLOSE THIS CASE

IT IS SO ORDERED.

Dated:   **April 21, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE